ORDERED in the Southern District of Florida on Sept. 10, 2014



Robert A. Mark, Judge
United States Bankruptcy Court

# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Case No. 13-21919-RAM
                                                                Chapter 7

KACTOOS, LLC

Debtor.
_____/

### AGREED[1] ORDER RESETTING THE HEARING ON DEBTOR'S *EX PARTE* MOTION TO VOLUNTARILY DISMISS THE CHAPTER 7 BANKRUPTCY CASE

This matter came on before the Court *Trustee's Ex-Parte Motion To Continue Hearing On Debtor's Ex Parte Motion To Voluntarily Dismiss The Chapter 7 Bankruptcy Case* [DE#40], and the Court, having reviewed the file and Motion, noting the Trustee's request for a continuance and Debtor's counsel's agreement to a continuance of the hearing on this matter, finding good cause shown, and being otherwise duly-advised in the premises, does hereby

ORDER that:

---

[1] Entry of this Order cancels the hearings (DE#41) scheduled for September 11th, 2014 at 11:00 a.m. in this matter.

That the Motion is GRANTED, and the hearings on the *Ex Parte Motion of Debtor Kactoos, LLC to Voluntarily Dismiss the Chapter 7 Bankruptcy Case* [DE#36] is continued and reset to be heard on _October 21, 2014_ at _10:30_ _A_.m. in Courtroom No. 4, C. Clyde Atkins United States Courthouse 301 North Miami Avenue Miami FL 33128.

### ###

Submitted By:
Jessica Less, Esq.

Copies to *(via ecf in pdf format)*:

- Alexander J Alfano    aalfano@lawalfano.com, paralegal@lawalfano.com
- Drew M Dillworth    ddillworth@swmwas.com, ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com
- Jessica A Less    jessica@title11law.com
- James B Miller    bkcmiami@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

(Attorney Less shall serve a conformed copy of this Order)

2